```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 63403
    REBBIE FOSTER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-8027


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/10/2005 and was confirmed 02/02/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 10/04/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
CIT GROUP CONSUMER FINAN CURRENT MORTG         .00              .00            .00
CIT GROUP CONSUMER FINAN MORTGAGE ARRE      915.62              .00         915.62
DRIVE FINANCIAL SERVICES SECURED           8929.00          1776.36        5903.89
DRIVE FINANCIAL SERVICES UNSECURED         1077.35              .00            .00
INTERNAL REVENUE SERVICE PRIORITY          3368.82              .00         498.55
AMERICAN GENERAL FINANCE UNSECURED       NOT FILED              .00            .00
ASSET ACCEPTANCE CORP    UNSECURED       NOT FILED              .00            .00
CAPITAL ONE VISA         UNSECURED       NOT FILED              .00            .00
CAVALRY PORTFOLIO SERVIC UNSECURED         1183.20              .00            .00
CERTEGY                  UNSECURED       NOT FILED              .00            .00
CITIBANK                 UNSECURED       NOT FILED              .00            .00
CITY OF CHICAGO PARKING  UNSECURED         1220.00              .00            .00
COLLECTION COMPANY OF AM UNSECURED       NOT FILED              .00            .00
DEPENDON COLLECTION SERV UNSECURED       NOT FILED              .00            .00
DIVERSIFIED CREDIT SERVI UNSECURED       NOT FILED              .00            .00
ECAST SETTLEMENT CORP    UNSECURED       NOT FILED              .00            .00
ECAST SETTLEMENT CORP    UNSECURED       NOT FILED              .00            .00
GENERAL AUDIT CORP       UNSECURED       NOT FILED              .00            .00
HOUSEHOLD AUTO FINANCE   UNSECURED       NOT FILED              .00            .00
HOUSEHOLD BANK           UNSECURED       NOT FILED              .00            .00
HOUSEHOLD CREDIT SERVICE UNSECURED       NOT FILED              .00            .00
ILLINOIS COLLECTION SERV UNSECURED       NOT FILED              .00            .00
JC PENNEY                UNSECURED       NOT FILED              .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED       NOT FILED              .00            .00
KOMYATTASSOC             UNSECURED       NOT FILED              .00            .00
NICOR GAS                UNSECURED          546.98              .00            .00
PRIMARY HEALTHCARE ASSOC UNSECURED       NOT FILED              .00            .00
QUEST DIAGNOSTICS        UNSECURED       NOT FILED              .00            .00
SOUTH SUBURBAN HOSPITAL  UNSECURED       NOT FILED              .00            .00
SPRINT                   UNSECURED       NOT FILED              .00            .00
SUBURBAN ER PHYSICIANS G UNSECURED       NOT FILED              .00            .00
UNITED COLLECTION BUREAU UNSECURED         1288.93              .00            .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 63403 REBBIE FOSTER
```

```
WALONICK CONSULTING CO    UNSECURED          258.50           .00          .00
INTERNAL REVENUE SERVICE  UNSECURED           13.38           .00          .00
GC SERVICES LIMITED PART  UNSECURED       NOT FILED           .00          .00
CHRIST HOSPITAL           UNSECURED       NOT FILED           .00          .00
INTERNAL REVENUE SERVICE  PRIORITY             .00            .00          .00
INTERNAL REVENUE SERVICE  UNSECURED            .00            .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,700.20                    2,700.20
TOM VAUGHN                TRUSTEE                                       690.38
DEBTOR REFUND             REFUND                                           .00
```

Summary of Receipts and Disbursements:
```
---------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                12,485.00

PRIORITY                                         498.55
SECURED                                        6,819.51
    INTEREST                                   1,776.36
UNSECURED                                           .00
ADMINISTRATIVE                                 2,700.20
TRUSTEE COMPENSATION                             690.38
DEBTOR REFUND                                       .00
                      ---------------      ---------------
TOTALS                 12,485.00               12,485.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 01/28/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```